IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE STATE OF NEW MEXICO ex rel. HECTOR BALDERAS, ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br> STERIGENICS U.S., LLC, SOTERA HEALTH HOLDINGS, LLC, SOTERA HEALTH LLC, and SOTERA HEALTH COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-01355 ) ) ) ) ) ) ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT**
**FOR STERIGENICS U.S., LLC**

Defendant Sterigenics U.S., LLC ("Sterigenics U.S.") files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

Sterigenics U.S. is a limited liability company whose sole member is Sotera Health LLC. Sotera Health LLC is a limited liability company whose sole member is Sotera Health Holdings, LLC. Sotera Health Holdings, LLC is a limited liability company whose sole member is Sotera Health Company. Sotera Health Company is a publicly held corporation.

> MODRALL, SPERLING, ROEHL, HARRIS
>   & SISK, P.A.
>
> By: */s/ Alex Walker*
>   Alex C. Walker (awalker@modrall.com)
>   Tiffany L. Roach Martin (tlr@modrall.com)
>   Jeremy K. Harrison (jkh@modrall.com)
>   *Attorneys for Sterigenics U.S., LLC*
>   Post Office Box 2168
>   500 Fourth Street NW, Suite 1000

Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800

WE HEREBY CERTIFY that on the 28th day of December, 2020, we filed the foregoing electronically through the CM/ECF system and served the following counsel via electronic mail:

    P. Cholla Khoury
    Jacqueline Ortiz
    Assistant Attorneys General
    P.O. Drawer 1508
    Santa Fe, New Mexico, 87504
    505-717-3500
    ckhoury@nmag.gov
    jortiz@nmag.gov

    Marcus J. Rael, Jr.
    ROBLES, RAEL & ANAYA
    500 Marquette Ave NW, Suite 700
    Albuquerque, NM 87102
    505-242-2228
    marcus@roblesrael.com

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: /s/ Alex Walker
    Alex C. Walker

*W3933605.DOCX*