# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE STATE OF NEW MEXICO, ex rel. HECTOR BALDERAS, ATTORNEY GENERAL, | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | No.: 2:20-cv-01355-KG-KRS |
| v. | §<br>§<br>§ | |
| STERIGENICS U.S., LLC, SOTERA HEALTH HOLDINGS, LLC, SOTERA HEALTH LLC, and SOTERA HEALTH COMPANY, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

**NOTICE OF ERRATA TO EMERGENCY MOTION IN SUPPORT OF REQUEST FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION FILED AT DKT. 1-4**

Plaintiff the State of New Mexico submits the following errata to correct the pending Emergency Motion in Support of Request for *Ex Parte* Temporary Restraining Order and Preliminary Injunction ("Emergency Motion") that was originally filed in the Third Judicial District Court, County of Doña Ana on December 22, 2020, and removed to this Court by Defendants on December 28, 2020.  Dkt. 1-4.

The Emergency Motion, as originally filed and as filed with this Court by Defendants in conjunction with removal, inadvertently failed to include a signature as required under Rule 1-007 NMRA.   Pursuant to that rule and the D.N.M.LR-Civ. 10-3, Plaintiff attaches as Exhibit A, a corrected version of the Emergency Motion that now includes a signature.  In addition, in light of the fact that Defendants have now been served, reference to the *ex parte* nature of the motion has been removed.  No other changes have been made to the Emergency Motion.

1

By submitting this errata, Plaintiff does not waive any right or concede that this Court has subject-matter jurisdiction over this action.  As set forth in Plaintiff's pending motion to remand (Dkt. 4), federal jurisdiction is lacking and this case belongs in the Third Judicial District Court, County of Doña Ana.  However, due to the urgency of the threat to public health posed by Defendants' conduct, as alleged in the Complaint and in the Emergency Motion, Plaintiff respectfully submits that any further briefing on the Emergency Motion should be completed now, to expedite resolution of the Emergency Motion in the Third Judicial District Court, County of Doña Ana in the event the case is remanded, or in this Court, in the event that the case is not remanded.

Dated January 7, 2021                                    Respectfully Submitted,

ATTORNEY GENERAL OF NEW MEXICO
HECTOR H. BALDERAS

By:____/s/ Jacqueline Ortiz_____
P. Cholla Khoury
Jacqueline Ortiz
Assistant Attorneys General
P.O. Drawer 1508
Santa FE, New Mexico 87504-1508
ckhoury@nmag.gov
jortiz@nmag.gov
Tel.: (505) 717-3500
Fax: (505) 318-1050

Marcus J. Rael, Jr.
**ROBLES, RAEL & ANAYA, P.C.**
500 Marquette Ave. NW
Suite 700
Albuquerque, New Mexico 87102
Tel: (505) 242-2228
Fax: (505) 242-1106
marcus@roblesrael.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January 2021, the foregoing document was filed and served electronically through the CM/ECF on all counsel of record.

By: */s/ Marcus J. Rael, Jr.*
Marcus J. Rael, Jr.