**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE STATE OF NEW MEXICO ex rel. HECTOR BALDERAS, ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br><br> STERIGENICS U.S., LLC, SOTERA HEALTH HOLDINGS, LLC, SOTERA HEALTH LLC, and SOTERA HEALTH COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:20-cv-01355-KG-KRS |

**NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANTS TO MOVE,
PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Sterigenics U.S., LLC ("Sterigenics U.S."), by and through its undersigned counsel, hereby gives notice that the parties have agreed to extend the time for Defendants to move, plead or otherwise respond to Plaintiff's Complaint.  Defendants will move, plead or otherwise respond to Plaintiff's Complaint on or before thirty (30) days after this Court issues a ruling on Plaintiff's pending Motion to Remand [Doc. 4].

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Alex Walker*
    Alex C. Walker
    Tiffany L. Roach Martin
    Jeremy K. Harrison
    Post Office Box 2168
    500 Fourth Street NW, Suite 1000
    Albuquerque, New Mexico  87103-2168
    Telephone: 505.848.1800
    awalker@modrall.com
    tlr@modrall.com
    jkh@modrall.com

ALSTON & BIRD
    W. Clay Massey
    Daniel F. Diffley
    Sara Warren
    One Atlantic Center
    1201 West Peachtree Street, Suite 4900
    Atlanta, GA 30309-3424
    Telephone: 404.881.7000
    clay.massey@alston.com
    dan.diffley@alston.com
    sara.warren@alston.com

*Attorneys for Sterigenics U.S., LLC*

WE FURTHER CERTIFY that on the 11th day of January, 2021, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:  */s/ Alex Walker*
    Alex C. Walker

*W3943512.DOCX*

2