**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| THE STATE OF NEW MEXICO, ex rel.<br>HECTOR BALDERAS,<br>ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>STERIGENICS U.S., LLC, SOTERA<br>HEALTH HOLDINGS, LLC, SOTERA<br>HEALTH LLC, and SOTERA HEALTH<br>COMPANY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No.: 2:20-cv-01355-KG-KRS |

**NOTICE OF COMPLETION OF BRIEFING**

Pursuant to D.N.M.LR-Civ. 7.4(e), the State of New Mexico, by its Attorney General, Hector H. Balderas, respectfully notices the Court that briefing is complete on the State of New Mexico's *Emergency Motion in Support of Request for* Ex Parte[1] *Temporary Restraining Order and Preliminary Injunction* ("Emergency Motion") that was originally filed in the Third Judicial District Court, County of Doña Ana ("State Court") on December 22, 2020, and removed to this Court by Defendants on December 28, 2020.  Doc. 1-4.  The entire briefing consists of the following:

1.      The State of New Mexico's Emergency Motion (Doc. 1-4), filed on December 22, 2020 in State Court and which remained pending upon removal by Defendant Sterigenics U.S., LLC on December 28, 2020;

2.      The State of New Mexico filed a *Notice of Errata to Emergency Motion in Support of Request for* Ex Parte *Temporary Restraining Order and Preliminary Injunction Filed at Dkt. 1-*

---

[1] The Notice of Errata (as defined below) removed all references to the *ex parte* nature of the Emergency Motion.

1

*4* (the "Notice of Errata") on January 7, 2021 (Doc. 12), to correct an inadvertent filing of an unsigned version of the Emergency Motion in State Court.

The time for Defendants to file an opposition to the Emergency Motion has expired and no response to the Emergency Motion has been filed, timely or otherwise. The briefing is now complete, and the State of New Mexico's Emergency Motion is ready for decision. Under D.N.M.LR-Civ. 7.1(b), Defendants' failure to file a timely opposition to the Emergency Motion "constitutes consent to grant the motion."

By submitting this Notice of Completion of Briefing, the State of New Mexico does not waive any right or concede that this Court has subject-matter jurisdiction over this action. As set forth in the State of New Mexico's pending *Motion to Remand* (Doc. 4), which is also fully briefed and ripe for decision, federal jurisdiction is lacking and this case belongs in the State Court. However, due to the urgency of the threat to public health posed by Defendants' conduct, as alleged in the Complaint and in the Emergency Motion, the State of New Mexico respectfully submits that expedited consideration and resolution of the Emergency Motion by this Court is warranted.

Dated February 4, 2021

Respectfully Submitted,

ATTORNEY GENERAL OF NEW MEXICO
HECTOR H. BALDERAS

By:     */s/ Jacqueline Ortiz*
        P. Cholla Khoury
        Jacqueline Ortiz
        Assistant Attorneys General
        P.O. Drawer 1508
        Santa Fe, New Mexico 87504-1508
        ckhoury@nmag.gov
        jortiz@nmag.gov
        Tel.: (505) 717-3500
        Fax: (505) 318-1050

Marcus J. Rael, Jr.
**ROBLES, RAEL & ANAYA P.C.**
500 Marquette Ave. NW
Suite 700
Albuquerque, New Mexico 87102
Tel: (505) 242-2228
Fax: (505) 242-1106
marcus@roblesrael.com

Kyle J. McGee (*Pro Hac Vice pending*)
Viola Vetter (*Pro Hac Vice pending*)
Jason H. Wilson (*Pro Hac Vice pending*)
**GRANT & EISENHOFER P.A.**
123 Justison St
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Counsel for the State of New Mexico*

**<ins>CERTIFICATE OF SERVICE</ins>**

I, hereby certify that on the 4th day of February 2021, the foregoing document was filed and served electronically through the CM/ECF on all counsel of record.

> HECTOR H. BALDERAS
> ATTORNEY GENERAL OF NEW MEXICO
>
> By:    */s/ Marcus J. Rael, Jr.*
>        Marcus J. Rael, Jr.