

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

April 14, 2021

Clerk of the District Court
Third Judicial District Court
201 W. Picacho Ave.
Las Cruces, NM 88005

RE:   State of New Mexico v. Sterigenics U.S., LLC et al CV 20-1355 KG/KRS

Dear Sir or Madam:

Please find enclosed a certified copy of the Order signed by U.S. District Judge Kenneth J. Gonzales, along with copies of the entire case file, remanding this case to your Court.

                                        Yours truly,
                                        Mitchell R. Elfers, Clerk of Court

                                        By: _____/s/_____
                                        Bobbi Ceniceros
                                        Case Administrator

Enclosures
cc: Counsel of Record/File